Scott M. Plamondon, State Bar No. 212294
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendants
Walgreen Co., Walgreen Family of Companies
Income Protection Plan, Sedgwick Claims
Management Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Deldebbio, an individual, | Case No. CV 11 1866 JCS |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |
| vs. | |
| WALGREEN CO., an Illinois corporation, Walgreen Family of Companies Income Protection Plan, Sedgwick Claims Management Services, Inc. | |
| Defendants. | |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, Defendants Walgreen Co., Walgreen Family of Companies Income Protection Plan, and Sedgwick Claims Management Services, Inc., (collectively "Defendants") and Plaintiff David Deldebbio by and through their respective counsels of record, hereby stipulate and agree as follows:

1. On April 20, 2011 Defendants were served with a complaint alleging claims of Denial of Disability Benefits in Violation of various laws including the Employment Retirement Income Security Act.

2. On May 5, 2011 counsel of record for Defendants and Plaintiff agreed to a twenty-one (21) day extension of time for Defendants to file a responsive pleading in response to the Complaint.

3. Defendants will file a responsive pleading in response to the Complaint on or before June 1, 2011.

4. This Stipulation to Extend Time to File Responsive Pleading will not alter the date of any event or any deadline fixed by this Court as no such date of any event or deadline has been fixed by this Court.

Dated: May 5, 2011     Respectfully submitted,

                                             **WEINTRAUB GENSHLEA CHEDIAK**
                                             Law Corporation

By: /s/ Scott M. Plamondon
Scott M. Plamondon
California State Bar No. 212294
Attorneys for Defendant Walgreen Co.

Dated: May 5, 2011     By: /s/ Cary Kletter
Cary Kletter
California State Bar No. 210230
Attorneys for Plaintiff David Deldebbio

Dated: May 9, 2011



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{1309720.DOC;}    2    Stip. to Extend Time to File Responsive Pleading
CV 11 1866 JCS