IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID DELDEBBIO, | No. C 11-01866 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. |  |
| WALGREENS COMPANY, |  |
| Defendant. |  |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>January 13, 2012</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 16, 2011</u>.

DESIGNATION OF EXPERTS: <u>1/13/12</u>; REBUTTAL: <u>1/30/12</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>February 29, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 16, 2012</u>;

Opp. Due <u>March 30, 2012</u>; Reply Due <u>April 6, 2012</u>;

and set for hearing no later than <u>April 20, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 22, 2012</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 4, 2012</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation shall occur during the 1st half of December 2011.
Counsel must provide the list of mediator names to the ADR Dept. By 8/12/12.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:
8/9/11

SUSAN ILLSTON
United States District Judge