IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID DELDEBBIO,            No. C 11-01866 SI

      Plaintiff,                 **PRETRIAL PREPARATION ORDER**

  v.

WALGREENS COMPANY,

      Defendant.
                                  /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>n/a</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 16, 2012</u>.

DESIGNATION OF EXPERTS: <u>4/12/12</u>; REBUTTAL: <u>4/30/12</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>May 29, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>June 8, 2012</u>;

   Opp. Due <u>June 29, 2012</u>; Reply Due <u>July 13, 2012</u>;

   and set for hearing no later than <u>July 20, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>August 21, 2012</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>September 4, 2012</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/25/12

                                             SUSAN ILLSTON
                                             United States District Judge