Cary Kletter
Sally Trung Nguyen
KLETTER LAW FIRM
1900 S. Norfolk Street, Suite 350
San Mateo, California 94403
Telephone: 415.434.3400

Attorney for Plaintiff
DAVID DELDEBBIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DELDEBBIO,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREENS COMPANY; WALGREENS FAMILY OF COMPANIES INCOME PROTECTION PLAN; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; and DOES 1 through 20,<br><br>Defendants. | Case No. 11-01866SI<br><br>[PROPOSED] ORDER RE REQUEST FOR DISMISSAL OF FOURTH AND FIFTH CLAIMS FOR RELIEF |

WHEREAS Plaintiff DAVID DELDEBBIO ("Plaintiff") hereby requests the Court dismiss the Fourth Claim for Relief (Breach of Contract Under Laws of the State of California) and Fifth Claim for Relief (Bad Faith Under Laws of the State of California) without prejudice against DEFENDANTS WALGREENS COMPANY; WALGREENS FAMILY OF COMPANIES INCOME PROTECTION PLAN; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.; and DOES 1 through 20 (collectively "Defendants"), in the above-referenced matter, with each party to bear his/its own fees and costs and attorneys' fees incurred in the litigation of those claims,

IT IS HEREBY ORDERED:

(a) Plaintiff's Fourth Claim for Relief is dismissed against Defendants without prejudice;

(b) Plaintiff's Fifth Claim for Relief is dismissed against Defendants without prejudice; and

1  (c) Each party shall bear his/its own fees and costs and attorneys' fees incurred in the litigation of the Fourth and Fifth Claims for Relief.

**IT IS SO ORDERED.**

DATED: ___3/14/12_____          _____
                                                                           Hon. Susan Illston
                                                                           United States District Judge