Cary Kletter
KLETTER LAW FIRM
1900 S. Norfolk Street, Suite 350
San Mateo, California 94403
Telephone:   415/434-3400

Attorney for Plaintiff
DAVID DELDEBBIO

Scott M. Plamondon, State Bar No. 212294
Brendan J. Begley, State Bar No. 202563
weintraub genshlea chediak
law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916/558-6000
Facsimile:    916/446-1611

Attorneys for Defendants WALGREEN CO., WALGREENS FAMILY OF COMPANIES INCOME PROTECTION PLAN, AND SEDGWICK CLAIMS MANAGEMENT SERVICES

FILED
2012 MAY 11  A 11: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DELDEBBIO,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS COMPANY; WALGREENS FAMILY OF COMPANIES INCOME PROTECTION PLAN; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC; and DOES 1 through 20,<br><br>Defendants. | Case No. CV 11 1866 SI<br><br>Case No. CV 11 1866 JCS<br><br>STIPULATION TO DISMISSAL ACTION PURSUANT TO FRCP 41<br><br>**BY FAX** |

Pursuant to Federal Rules of Civil Procedure, Rule 41, the parties stipulate that Plaintiff will dismiss the above-captioned civil action with prejudice, with each party to bear his or its own respective costs and fees.

{1482405.DOCX;}                                              1                            Stipulation of Dismissal Per FRCP 41

Dated: May __, 2012    By: _____
Cary Kletter
California State Bar No. 210230
Attorneys for Plaintiff David Deldebbio


Dated: May 9, 2012    WEINTRAUB GENSHLEA CHEDIAK
TOBIN & TOBIN
Law Corporation

By: _____
Brendan J. Begley
California State Bar No. 202563
Attorneys for Defendants Walgreen Co.,
Walgreens Family Of Companies Income
Protection Plan, and Sedgwick Claims Management
Services, Inc.



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA