1  Cary Kletter
   KLETTER LAW FIRM
2  1900 S. Norfolk Street, Suite 350
   San Mateo, California 94403
3  Telephone: 415/434-3400

4  Attorney for Plaintiff
   DAVID DELDEBBIO
5

6
   Scott M. Plamondon, State Bar No. 212294
7  Brendan J. Begley, State Bar No. 202563
   weintraub genshlea chediak
8  law corporation
   400 Capitol Mall, 11th Floor
9  Sacramento, California 95814
   Telephone: 916/558-6000
10 Facsimile: 916/446-1611

11 Attorneys for Defendants WALGREEN
   CO., WALGREENS FAMILY OF
12 COMPANIES INCOME PROTECTION
   PLAN, AND SEDGWICK CLAIMS
13 MANAGEMENT SERVICES

14

         FILED
         2012 MAY 11 A 11: 15
         RICHARD W. WIEKING
         CLERK, U.S. DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17
   DAVID DELDEBBIO,                      )  Case No. CV 11 1866 SI
18                                       )
           Plaintiff,                    )
19                                       )  Case No. CV 11 1866 JCS
        v.                               )
20                                       )  STIPULATION TO DISMISSAL ACTION
   WALGREENS COMPANY; WALGREENS          )  PURSUANT TO FRCP 41
21 FAMILY OF COMPANIES INCOME            )
   PROTECTION PLAN; SEDGWICK CLAIMS      )
22 MANAGEMENT SERVICES, INC; and DOES    )
   1 through 20,                         )
23                                       )            **BY FAX**
           Defendants.                   )
24                                       )
25 _____

26      Pursuant to Federal Rules of Civil Procedure, Rule 41, the parties stipulate that
27 Plaintiff will dismiss the above-captioned civil action with prejudice, with each party to bear his
28 or its own respective costs and fees.

{1482405.DOCX;}                          1                    Stipulation of Dismissal Per FRCP 41

Dated: May __, 2012        By: _____
                               Cary Kletter
                               California State Bar No. 210230
                               Attorneys for Plaintiff David Deldebbio

Dated: May 9, 2012         WEINTRAUB GENSHLEA CHEDIAK
                           TOBIN & TOBIN
                           Law Corporation

                           By: _____
                               Brendan J. Begley
                               California State Bar No. 202563
                           Attorneys for Defendants Walgreen Co.,
                           Walgreens Family Of Companies Income
                           Protection Plan, and Sedgwick Claims Management
                           Services, Inc.



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA